UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Chelso G. Newbolds, | ) | Case No.   16-40329 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Fed. Bankr. Rule 3002.1(f) the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor had completed payments under the Plan.

**Name of Creditor:**   U.S. Bank N.A.                                          Court Claim No.  8

La**st four digits** of any number used to identify the debtor's account:   7144

| | |
|---|---|
| **FINAL CURE AMOUNT** | **Amount of Prepetition Mortgage Arrearage** **$15,408.36** **Amount Paid by Trustee** **$15,408.36** |
| **All post-petition mortgage payments, as supplemented, are current** | |
| **Monthly ongoing Mortgage Payment** **Mortgage is paid directly by the Debtor** | Yes ___                    No __x_ |

   Within 21 days of the service of this Notice, the creditor must file and serve on the debtor, debtor's counsel and the Trustee, a statement as required under Fed. Bankr. Rule 3002.1(g), indicating whether it agrees that the debtor has paid in full the amount required to cure the default and whether, consistent with Sec. 1322(b)(5) the debtor is otherwise current. The statement should itemize the require cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.

Dated:   September 20, 2021

/s/ David A. Rosenthal
David A. Rosenthal, Chapter 13 Trustee
408 Main Street
Lafayette, IN 47902
(765)742-8248
Email: dar@nlci.com

## CERTIFICATE OF SERVICE

      I, David A. Rosenthal, Chapter 13 Trustee, of the within estate, do hereby certify that on the 20th Day of September, 2021, caused one copy of the within Notice of Final Cure Payment and Completion of Plan Payment to be served by ECF or by United States Mail, Postage Prepaid to the following:

Highest Ranking Officer, U.S. Bank National Association, c/o Rushmore Loan Management
      Services, P.O. Box 55004, Irvine, CA 92619-2708
James T. Hodson, P.O. Box 435, Lafayette, IN 47902

    /s/ David A. Rosenthal
David A. Rosenthal, Chapter 13 Trustee
408 Main Street
Lafayette, IN 47902
(765) 742-8248
Email: dar@nlci.com