UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN RE:                                                                                         Case No.: 16-40329
CHELSO G. NEWBOLDS                                                         Chapter 13
Debtor(s)

**Trustee's Motion for Court Determination of Final Cure and Payment**

On SEPTEMBER 20, 2021, the Trustee filed a Notice of Final Cure Payment pursuant to Fed. R. Bankr. Proc. 3002.1(f) in this case for the following mortgage:

> **Name of Creditor**: U S Bank National Association, not in its individual capacity but solely as trustee for RMTP, Series 2021 BKM-TT as serviced by Rushmore Loan Management Services
>
> **Last four digits** of any number used to identify the debtor's account: 3414

On OCTOBER 11, 2021, U S Bank National Association, not in its individual capacity but solely as trustee for RMTP, Series 2021 BKM-TT filed a Response to the Notice of Final Cure indicating Debtors have post-petition payments remaining of $2,175.62, fees and expenses due of $1,459.88 which total after suspense balance $2,984.84 remaining due in order to be current and contractually due for the September 1, 2021 payment.

As Trustee has paid the full pre-petition arrearage and post-petition payments, the remaining late payment fees of $127.11 are improper and should be removed from Debtor's loan and the loan should be due for the September 2021 payment as of Trustee's last payment on August 5, 2021 in the amount of $2,175.62.

Notice of Post-petition Mortgage Fees, Expenses and Charges were filed on May 21, 2019 and November 20, 2018 for Sewer Bills totaling $330.17. The debtor's attorney was notified by email on May 22, 2019 and November 26, 2018 that the Trustee's office would not be paying these Sewer Bills. These fees if not paid by Debtor, would remain outstanding and due on the loan.

Trustee calculates that $1,002.60 remains in fees listed on the payoff with no supporting documentation, no Notice of Post-petition Mortgage Fees (FBR 3002.1) filed and therefore should be removed from the loan in addition to the $127.11 in late fees. Leaving only the $330.17 fees as possibly due from Debtor.

Once the fees, charges and contractual due date are resolved, Trustee will submit a Proposed Order to resolve this Motion. If the information is not provided in the Response to this Motion or in response to the Qualified Written Request/Request for Information, Trustee will file the appropriate pleading to resolve the same.

Pursuant to Fed. R. Bankr. Proc. §3002.1(h), Trustee files this Motion for Determination for this Court to find that as to the mortgage obligation listed above:

1. Debtor paid in full the amount required to cure the pre-petition default as of the date of the Trustee's Notice dated SEPTEMBER 20, 2021:

2. Debtor paid all post-petition mortgage payments due and owing as of the date of the Trustee's Notice dated SEPTEMBER 20, 2021 and that the mortgage is contractually due for SEPTEMBER 1, 2021;

3. Debtor's escrow section had a positive balance and there were no more than $30.17 in post-petition outstanding fees, costs or negative escrow amounts due or owing as of the date of the Trustee's Notice dated SEPTEMBER 20, 2021;

4. That the unpaid principal balance on the mortgage was $113,630.88 as of October 8, 2021.

WHEREFORE, pursuant to Fed. R. Bankr. Proc. 3002.1(h), the Trustee moves for this determination.

Dated:  NOVEMBER 10, 2021

                                            Respectfully Submitted:

                                            /s/ Debra L. Miller, Trustee
                                            Debra L. Miller, Trustee
                                            Standing Chapter 13 Trustee
                                            P.O. Box 11550
                                            South Bend, IN 46634
                                            (574) 254-1313

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on NOVEMBER 10, 2021.

**By U.S. Mail as follows:**
Debtor:  CHELSO G. NEWBOLDS, 1330 ORCHID STREET, DEMOTTE, IN  46310
Creditor:  Rushmore Loan Management Services, PO Box 55004, Irvine, CA  92619
Creditor Noticing Address:    U S BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR RMTP TRUST, SERIES 2021 BKM-TT, 1330 ORCHID ST SE, DEMOTTE, IN  46310,

**By electronic e-mail to the U.S. Trustee and the Debtor Attorney:**
Attorney:  Miguel F. Martinez
Creditor Attorney:   Molly Simons, Sottile & Barile
U.S. Trustee:  ustpregion10.so.ecf@usdoj.gov

Dated:  NOVEMBER 10, 2021                                            /s/ Debra L. Miller, Trustee