UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN THE MATTER OF:

CHELSO G NEWBOLDS                                   CASE NUMBER: 16-40329  reg
Debtor                                              CHAPTER 13

**AGREED ORDER**

At Lafayette, Indiana on    April 12, 2022

On November 10, 2021, Debra L. Miller, Chapter 13 Trustee, filed her Motion for Court Determination of Mortgage Final Cure and Payment stating that US Bank NA, not in its individual capacity but solely as trustee for RMTP, Series 2021-BKM-TT as serviced by Rushmore Loan Management Services is hereby ORDERED to modify their system of record to reflect the following:

1. Debtor cured the pre-petition default in full as of Trustee's Notice of Final Cure dated September 20, 2021.

2. Debtor has paid all post-petition payments and is due an do an owing for September 20, 2021.

3. The loan, as of March 31, 2022, is contractually due for the September 1, 2021.

4. Debtor's unpaid principal balance is $113,411.95 as of March 31, 2022. There is no additional accrued interest due on the mortgage other than the fixed interest amount due from the regular monthly payments due from September 2021 to March 1, 2022.

5. Debtor's escrow account contains a balance as of September 30, 2021 $1,769.95, due to taxes and mortgage insurance the balance as of March 31, 2022 is -$14.92.

6. There are no pre-petition or post-petition fees, costs, corporate advances or expenses due or recoverable from the debtor as of March 31, 2022.  There will be no attorney's fees or costs from this FRBP 3002.1 litigation, and each party will bear their own expenses. Such fees and costs are deemed to be non-recoverable from the Debtor from the investor, this servicer and any subsequent servicer.

7. Debtor has funds in the unapplied/suspense balance of $0.00 as March 21, 2022.

8. Rushmore will provide the Trustee and Debtor's Counsel a payoff statement from the system of record reflecting these amounts within 14 days of this Order.

9. Debtor's account is now due for September 2021 – present. The parties agree that the only amount due is $9,785.10 which would be 9 months of payments from September 2021 through May 31, 2022.

Notice thereof having been given and no request for hearing filed, the Trustee's Motion for Court Determination of Final Cure as modified herein is hereby granted.

**APPROVED by Counsel on April 7, 2022:**

| /s/ Miguel F. Martinez, Esq. | /s/ Molly Simons, Esq. | /s/ Debra L. Miller, Trustee |
|---|---|---|
| Counsel for Debtor | Counsel for Rushmore | Standing Chapter 13 Trustee |
| Moseley & Martinez, LLC | Sottille & Barille | Northern District of Indiana |
| 8002 Utah St. | 394 Wards Corner Rd #180 | PO Box 11550 |
| Merrillville, IN  46410 | Loveland, OH  45140 | South Bend, IN  46634 |

**SO ORDERED this**   12th   **day of**   April   , 2022.

*/s/ Robert E. Grant*
Hon. Robert E. Grant, Chief Judge
United States Bankruptcy Court